## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HANI SALEH RASHID ABDULLAH,** *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| **v.** | ) | No.  05-23 |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| *Respondents/Defendants*. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Charles H. Carpenter as counsel for petitioners.

Respectfully submitted,

_____/s/ Charles H. Carpenter_____

|  |  |
|---|---|
| Barbara Olshansky (NY #0057) | Stephen M. Truitt (DC # 13235 ) |
| CENTER FOR CONSTITUTIONAL RIGHTS | Charles H. Carpenter (DC #432004 |
| 666 Broadway, 7th Floor | PEPPER HAMILTON LLP |
| New York, New York 10012 | 600 Fourteenth Street, N.W. |
| Tel: (212) 614-6439 | Suite 500, Hamilton Square |
| Fax: (212) 614-6499 | Washington, DC  20005-2004 |
| | Tel: (202) 220-1452 |
| *Of Counsel for Petitioners* | Fax: (202) 220-1665 |
| | |
| | David Richman |
| | PEPPER HAMILTON LLP |
| | 3000 Two Logan Square |
| | Eighteenth and Arch Streets |
| | Philadelphia, PA  19103-2799 |
| | Tel: (215) 981-4000 |
| | Fax: (215) 981-4750 |
| | |
| Dated:  January 11, 2005 | *Counsel for Petitioners* |