IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HANI SALEH RASHID ABDULLAH, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| v. | ) ) | No. 05-00023 (RWR) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) | |

**SUPPLEMENT TO
MOTION TO COMPEL RESPONDENTS TO REPORT ON
THEIR COMPLIANCE WITH THE COURT'S
PRESERVATION ORDER OF JULY 18, 2005**

As the Court may be aware, petitioners in *Abdah v. Bush*, No. 04-1254 (HHK) filed a motion on December 9, 2007 that arises from the same concerns about evidence destruction that led to the motion to compel in this case. The preservation order entered by Judge Kennedy in that case is different in important ways from the order of July 18, 2005, and the facts surrounding the interrogation of the respective petitioners, and other witnesses, may be significantly different. Nonetheless, the facts concerning the destruction of documents may overlap. Consequently, notice is herewith given of the attached scheduling order entered by Judge Kennedy in *Abdah*.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/    Charles H. Carpenter |
| Steve Kadidal (DC #454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W., Suite 500 |
| New York, New York 10012 | Washington, DC  20005-2004 |
| Tel: (212) 614-6439 | Tel: (202) 220-1452 |
| Fax: (212) 614-6499 | Fax: (202) 220-1665 |
|  |  |
| *Of Counsel for Petitioner* | Stephen M. Truitt (DC # 13235 ) |
|  | 600 Fourteenth Street, N.W., Suite 500 |
|  | Washington, DC  20005-2004 |
|  | Tel: (202) 220-1452 |
|  | Fax: (202) 220-1665 |
|  |  |
|  | Christopher J. Huber |
|  | PEPPER HAMILTON LLP |
|  | 3000 Two Logan Square |
|  | Eighteenth and Arch Streets |
|  | Philadelphia, PA  19103-2799 |
| Dated:  December 12, 2007 | Tel: (215) 981-4000 |
|  | Fax: (215) 981-4750 |
|  |  |
|  | *Counsel for Petitioner* |