IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HANI SALEH RASHID ABDULLAH, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | No. 05-00023 (RWR) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) | |

**NOTICE OF FILING OF
REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL
RESPONDENTS TO REPORT ON THEIR COMPLIANCE
WITH THE COURT'S PRESERVATION ORDER OF JULY 18, 2005**

Petitioner Hani Saleh Rashid Abdullah, through his undersigned counsel, hereby gives notice of filing of his REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL RESPONDENTS TO REPORT ON THEIR COMPLIANCE WITH THE COURT'S PRESERVATION ORDER OF JULY 18, 2005.

| | |
|---|---|
| Shane Kadidal (DC #454248) | Respectfully submitted, |
| CENTER FOR CONSTITUTIONAL RIGHTS | _____/s/_____Charles H. Carpenter_____ |
| 666 Broadway, 7th Floor | Charles H. Carpenter (DC #432004) |
| New York, New York 10012 | PEPPER HAMILTON LLP |
| Tel: (212) 614-6439 | 600 Fourteenth Street, N.W., Suite 500 |
| Fax: (212) 614-6499 | Washington, DC 20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: (202) 220-1665 |
| Of Counsel for Petitioner | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W., Suite 500 |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: (202) 220-1665 |
| | |
| | Christopher J. Huber |
| | PEPPER HAMILTON LLP |
| | 3000 Two Logan Square |
| | Eighteenth and Arch Streets |
| | Philadelphia, PA 19103-2799 |
| | Tel: (215) 981-4000 |
| | Fax: (215) 981-4750 |
| January 1, 2008 | *Counsel for Petitioner* |