# Exhibit A

**Factual Returns Filed**

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 04-1194 | HHK/TFH | Al Swidhi | 578 | Amended | 8/29/08 |
| 04-1194 | HHK/TFH | Al Haj | 256 | Amended | 8/29/08 |
| 04-1194 | HHK/TFH | Amer | 564 | Amended | 8/29/08 |
| 04-1194 | HHK/TFH | Al Baidani | 553 | Amended | 8/29/08 |
| 04-1254 | HHK/TFH | Al Wrafie | 117 | Amended | 8/29/08 |
| 05-0247 | HHK/TFH | Al-Mohammed | 537 | Amended | 8/29/08 |
| 05-0289 | UNA/TFH | Bawazir | 440 | Amended | 8/29/08 |
| 05-0526 | RUM/TFH | Tumani | 312 | Amended | 8/29/08 |
| 05-0764 | CKK/TFH | Nasser | 244 | Original | 8/29/08 |
| 05-0763 | JDB/TFH | Hamlily | 1452 | Original | 8/29/08 |
| 02-0828 | CKK/TFH | Al Rabiah | 551 | Amended | 9/5/08 |
| 04-1194 | HHK/TFH | Hassan | 680 | Amended | 9/5/08 |
| 04-2022 | PLF/TFH | Paracha | 1094 | Amended | 9/5/08 |
| 02-0828 | CKK/TFH | Al Odah | 232 | Amended | 9/8/08 |
| 04-1194 | HHK/TFH | Al-Sarim | 235 | Amended | 9/8/08 |
| 04-1194 | HHK/TFH | Kassim | 242 | Amended | 9/9/08 |
| 05-0270 | JR/TFH | El-Mashad | 190 | Amended | 9/9/08 |
| 05-0634 | RWR/TFH | Al-Daini | 549 | Amended | 9/9/08 |
| 05-0526 | RMU/TFH | Khantumani | 307 | Amended | 9/11/08 |
| 05-0748 | RMC/TFH | Aboassy | 91 | Amended | 9/11/08 |
| 02-0828 | CKK/TFH | Al Kandari | 552 | Amended | 9/15/08 |
| 05-0329 | PLF/TFH | Shokuri | 197 | Amended | 9/16/08 |
| 04-1194 | HHK/TFH | Al Tawlaqi | 688 | Amended | 9/17/08 |
| 04-1194 | HHK/TFH | Al Marwala | 837 | Amended | 9/17/08 |
| 05-0280 | UNA/TFH | Hamdoun | 576 | Amended | 9/17/08 |

| Case No. | Judge | Petitioner | ISN | Return Type | Date Filed |
|---|---|---|---|---|---|
| 02-0828 | CKK/TFH | Al-Mutairi | 213 | Amended | 9/18/08 |
| 04-1194 | HHK/TFH | Al Rezehi | 45 | Amended | 9/19/08 |
| 04-1254 | HHK/TFH | Ahmed | 41 | Amended | 9/19/08 |
| 04-1254 | HHK/TFH | Esmail | 522 | Amended | 9/19/08 |
| 04-1254 | HHK/TFH | Ala'Dini | 156 | Amended | 9/22/08 |
| 04-1254 | HHK/TFH | Rabi'i | 508 | Amended | 9/22/08 |
| 04-1164 | RBW/TFH | Gherebi | 189 | Amended | 9/25/08 |
| 04-1254 | HHK/TFH | Wahab | 37 | Amended | 9/25/08 |
| 05-0392 | ESH/TFH | Ameziane | 310 | Amended | 9/25/08 |
| 05-0492 | CKK/TFH | Aziz | 757 | Original | 9/25/08 |
| 05-0892 | JR/TFH | Shaaban | 327 | Original | 9/25/08 |
| 05-0748 | RMC/TFH | Mukbel | 43 | Amended | 9/26/08 |
| 05-2104 | RBW/TFH | Al Shamrany | 171 | Amended | 9/26/08 |
| 05-1638 | CKK/TFH | Ghanem | 44 | Amended | 9/26/08 |
| 05-1189 | JR/TFH | Khalifh | 695 | Original | 9/26/08 |
| 04-1194 | HHK/TFH | Al-Mudwani | 839 | Amended | 9/29/08 |
| 04-2046 | CKK/TFH | Zemiri | 533 | Amended | 9/29/08 |
| 05-0023 | RWR/TFH | Abdullah | 841 | Amended | 9/29/08 |
| 05-0280 | UNA/TFH | Al-Adahi | 33 | Amended | 9/29/08 |
| 05-1236 | RWR/TFH | Zahiri | 753 | Amended | 9/29/08 |
| 05-1429 | RMU/TFH | Hatim | 255 | Amended | 9/29/08 |
| 05-2249 | RMC/TFH | Al-Shumrant | 195 | Amended | 9/29/08 |
| 05-0883 | RBW/TFH | Bostan | 975 | Original | 9/29/08 |
| 04-1254 | HHK/TFH | Ahmed | 32 | Amended | 9/30/08 |
| 05-1646 | JDB/TFH | Zaid | 550 | Amended | 9/30/08 |