# Exhibit B

Case 1:05-cv-02386-RBW   Document 614-2   Filed 09/30/08   Page 1 of 2

| Case No. | Judge | Petitioner | ISN |
|----------|---------|------------|-----|
| 04-1194 | HHK/TFH | Anam | 569 |
| 04-1254 | HHK/TFH | Mohammad | 27 |
| 04-1254 | HHK/TFH | Abdah | 31 |
| 04-1254 | HHK/TFH | Mar'i | 577 |
| 05-0520 | RMU/TFH | Shalby | 042 |
| 05-0569 | JR/TFH | Slahi | 760 |
| 05-0877 | JR/TFH | Khiali-Gul | 928 |