IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) Misc. No. 08-0442 (TFH) |
| IN RE: | ) |
| | ) Civil Action Nos. |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) 02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194, |
| | ) 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035, |
| | ) 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247, |
| | ) 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359, |
| | ) 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526, |
| | ) 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763, |
| | ) 05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881, |
| | ) 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993, |
| | ) 05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999, |
| | ) 05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220, |
| | ) 05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353, |
| | ) 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487, |
| | ) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505, |
| | ) 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590, |
| | ) 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607, |
| | ) 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645, |
| | ) 05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704, |
| | ) 05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010, |
| | ) 05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112, |
| | ) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200, |
| | ) 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2370, |
| | ) 05-CV-2371, 05-CV-2378, 05-CV-2379, 05-CV-2380, |
| | ) 05-CV-2381, 05-CV-2384, 05-CV-2385, 05-CV-2386, |
| | ) 05-CV-2387, 05-CV-2398, 05-CV-2444, 05-CV-2477, |
| | ) 05-CV-2479, 06-CV-0618, 06-CV-1668, 06-CV-1674, |
| | ) 06-CV-1684, 06-CV-1688, 06-CV-1690, 06-CV-1691, |
| | ) 06-CV-1758, 06-CV-1759, 06-CV-1761, 06-CV-1765, |
| | ) 06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337, |
| | ) 07-CV-2338, 08-CV-0987, 08-CV-1085, 08-CV-1101, |
| | ) 08-CV-1104, 08-CV-1153, 08-CV-1185, 08-CV-1207, |
| | ) 08-CV-1221, 08-CV-1222, 08-CV-1223, 08-CV-1224, |
| | ) 08-CV-1227, 08-CV-1228, 08-CV-1229, 08-CV-1230, |
| | ) 08-CV-1231, 08-CV-1232, 08-CV-1233, 08-CV-1235, |
| | ) 08-CV-1236, 08-CV-1237, 08-CV-1238, 08-CV-1310, |
| _____ | ) 08-CV-1360, 08-CV-1440, 08-CV-1628 |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

      SCOTT M. MARCONDA
      U.S. Department of Justice
      Civil Division
      Federal Programs Branch
      Room 5130
      20 Massachusetts Ave., N.W.
      Washington, D.C. 20530
      202-305-8900
      Scott.Marconda@usdoj.gov

Dated: October 14, 2008        Respectfully submitted,

                                      GREGORY G. KATSAS
                                      Assistant Attorney General

                                      JOHN C. O'QUINN
                                      Deputy Assistant Attorney General


                                      */s/ Scott M. Marconda*_____
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      JUDRY L. SUBAR (D.C. Bar No. 347518)
                                      TERRY M. HENRY
                                      PAUL AHERN
                                      SCOTT M. MARCONDA
                                      Attorneys
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Avenue N.W.
                                      Washington, DC  20530
                                      Tel:  (202) 305-8900
                                      Fax:  (202) 616-8470

                                      Attorneys for Respondents