UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)  Misc. No. 08-442 (TFH)<br>)<br>)  Civil Action Nos.<br>)<br>)  02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194,<br>)  04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035,<br>)  04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247,<br>)  05-CV-0270, 05-CV-0280, 05-CV-0345, 05-CV-0329,<br>)  05-CV-0359, 05-CV-0392, 05-CV-0490, 05-CV-0492,<br>)  05-CV-0520, 05-CV-0526, 05-CV-0569, 05-CV-0634,<br>)  05-CV-0748, 05-CV-0763, 05-CV-0764, 05-CV-0833,<br>)  05-CV-0877, 05-CV-0881, 05-CV-0883, 05-CV-0889,<br>)  05-CV-0892, 05-CV-0993, 05-CV-0994, 05-CV-0995,<br>)  05-CV-0998, 05-CV-0999, 05-CV-1009, 05-CV-1242,<br>)  05-CV-1243, 05-CV-1048, 05-CV-1124, 05-CV-1189,<br>)  05-CV-1220, 05-CV-1236, 05-CV-1244, 05-CV-1311,<br>)  05-CV-1347, 05-CV-1353, 05-CV-1429, 05-CV-1457,<br>)  05-CV-1458, 05-CV-1487, 05-CV-1490, 05-CV-1497,<br>)  05-CV-1504, 05-CV-1505, 05-CV-1506, 05-CV-1555,<br>)  05-CV-1590, 05-CV-1592, 05-CV-1601, 05-CV-1607,<br>)  05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645,<br>)  05-CV-1646, 05-CV-1649, 05-CV-1668, 05-CV-1678,<br>)  05-CV-1714, 05-CV-1725, 05-CV-1779, 05-CV-1971,<br>)  05-CV-1983, 05-CV-2029, 05-CV-2083, 05-CV-2088,<br>)  05-CV-2104, 05-CV-2112, 05-CV-2185, 05-CV-2186,<br>)  05-CV-2197, 05-CV-2199, 05-CV-2200, 05-CV-2216,<br>)  05-CV-2249, 05-CV-2336, 05-CV-2349, 05-CV-2367,<br>)  05-CV-2371, 05-CV-2378, 05-CV-2379, 05-CV-2380,<br>)  05-CV-2381, 05-CV-2384, 05-CV-2385, 05-CV-2386,<br>)  05-CV-2387, 05-CV-2444, 05-CV-2452, 05-CV-2466,<br>)  05-CV-2477, 05-CV-2479, 06-CV-0618, 06-CV-1668,<br>)  06-CV-1674, 06-CV-1677, 06-CV-1678, 06-CV-1679,<br>)  06-CV-1684, 06-CV-1688, 06-CV-1690, 06-CV-1691,<br>)  06-CV-1758, 06-CV-1759, 06-CV-1761, 06-CV-1765,<br>)  06-CV-1766, 06-CV-1767, 07-CV-1710, 07-CV-2337,<br>)  07-CV-2338, 08-CV-0987, 08-CV-1085, 08-CV-1101,<br>)  08-CV-1104, 08-CV-1153, 08-CV-1185, 08-CV-1207,<br>)  08-CV-1221, 08-CV-1223, 08-CV-1224, 08-CV-1227,<br>)  08-CV-1228, 08-CV-1229, 08-CV-1230, 08-CV-1231,<br>)  08-CV-1232, 08-CV-1233, 08-CV-1235, 08-CV-1236,<br>)  08-CV-1237, 08-CV-1238, 08-CV-1360 |

| Case | ) | Number |
|---|---|---|
| Khalid v. Bush | ) | 04-CV-1142 (RJL) |
| Boumediene v. Bush | ) | 04-CV-1166 (RJL) |
| Sliti v. Bush | ) | 05-CV-0429 (RJL) |
| M.C. v. Bush | ) | 05-CV-0430 (RJL) |
| Kabir v. Bush | ) | 05-CV-0431 (RJL) |
| Al-Oshan v. Bush | ) | 05-CV-0533 (RJL) |
| Mammar v. Bush | ) | 05-CV-0573 (RJL) |
| Al-Shrekh v. Bush | ) | 05-CV-0583 (RJL) |
| Al Hamamy v. Bush | ) | 05-CV-0766 (RJL) |
| Hamoodah v. Bush | ) | 05-CV-0795 (RJL) |
| Khan v. Bush | ) | 05-CV-1010 (RJL) |
| Mammar v. Bush | ) | 05-CV-1233 (RJL) |
| Al Khaiy v. Bush | ) | 05-CV-1239 (RJL) |
| Altaiy v. Bush | ) | 05-CV-1240 (RJL) |
| Al Bihani v. Bush | ) | 05-CV-1312 (RJL) |
| Sadkhan v. Bush | ) | 05-CV-1679 (RJL) |
| Ghazy v. Bush | ) | 05-CV-2223 (RJL) |
| Al Yafie v. Bush | ) | 05-CV-2399 (RJL) |
| Rimi v. Bush | ) | 05-CV-2427 (RJL) |
| Rumi v. Bush | ) | 06-CV-0619 (RJL) |
| Naseer v. Bush | ) | 06-CV-1676 (RJL) |
| Ismatullah v. Bush | ) | 06-CV- 1682 (RJL) |
| Al Ghith v. Bush | ) | 06-CV-1757 (RJL) |
| Obaydullah v. Bush | ) | 08-CV-1173 (RJL) |
| Ghailani v. Bush | ) | 08-CV-1190 (RJL) |
| Salih v. Bush | ) | 08-CV-1234 (RJL) |
| ──────────────────── | ) | |
| Batarfi v. Bush | ) | 05-CV-0409 (EGS) |
| Errachidi v. Bush | ) | 05-CV-0640 (EGS) |
| Al Habashi v. Bush | ) | 05-CV-0765 (EGS) |
| Wahab v. Bush | ) | 05-CV-0886 (EGS) |
| Mohammed v. Bush | ) | 05-CV-1002 (EGS) |
| Ahmed v. Bush | ) | 05-CV-1234 (EGS) |
| Mamet v. Bush | ) | 05-CV-1886 (EGS) |
| Al Sharbi v. Bush | ) | 05-CV-2348 (EGS) |
| Al-Shibh v. Bush | ) | 06-CV-1725 (EGS) |
| Hakmat v. Bush | ) | 06-CV-1753 (EGS) |
| Zuhair v. Bush | ) | 08-CV-0864 (EGS) |
| Sharifullah v. Bush | ) | 08-CV-1222 (EGS) |
| ──────────────────── | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that undersigned counsel, Judry L. Subar, hereby withdraws his appearance as one of the counsel for respondents in the above-captioned matters.

Dated: October 27, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No.
 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel: (202) 514-3969

Attorneys for Respondents