UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br>Civil Action Nos.<br>02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254,<br>04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023,<br>05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,<br>05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569,<br>05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877,<br>05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994,<br>05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124,<br>05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429,<br>05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1497,<br>05-cv-1504, 05-cv-1505, 05-cv-1506, 05-cv-1555, 05-cv-1592,<br>05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645,<br>05-cv-1646, 05-cv-1678, 05-cv-1971, 05-cv-1983, 05-cv-2010,<br>05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186, 05-cv-2199,<br>05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2378,<br>05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386,<br>05-cv-2387, 05-cv-2444, 05-cv-2479, 06-cv-0618, 06-cv-1668,<br>06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765,<br>06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,<br>08-cv-0987, 08-cv-1085, 08-cv-1101, 08-cv-1104, 08-cv-1153,<br>08-cv-1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224,<br>08-cv-1227, 08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233,<br>08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360,<br>08-cv-1440, 08-cv-1733, 08-cv-1805 |

## NOTICE OF FILING OF CLASSIFIED DECLARATIONS

Respondents hereby provide notice that two classified declarations have been filed with the Court Security Office in support of Respondents' Motion For Clarification And Reconsideration Of This Court's November 6, 2008 Case Management Order and Supplemental Amended Orders, Or In The Alternative, Motion For Certification For Appeal Pursuant To 28 U.S.C. § 1292(b) And To Stay Certain Obligations Pending Resolution Of The Motion And Any Appeal.

First, respondents have filed the classified declaration of Robert S. Mueller, Director of the Federal Bureau of Investigation. Ten copies of the Mueller Declaration have been provided

to the Court Security Office for service on petitioners' counsel at the habeas secure facility. Additionally, the Mueller Declaration will be provided to each of the thirteen Judges of this Court in whose cases the November 6, 2008 Case Management Order has been entered.  A redacted, unclassified version of the Mueller Declaration is being filed as an exhibit to respondents' motion, and, pursuant to the Court's September 11, 2008 Protective Order, respondents' hereby designate the information redacted from paragraph 22 of the declaration as "protected information" and request that petitioners' counsel indicate whether they object to such designation.

Second, respondents have filed a classified declaration of Michael V. Hayden, Director, Central Intelligence Agency, *in camera* and *ex parte*.  Copies of the Hayden declaration have been provided to the Court Security Officers for delivery to the thirteen Judges of this Court in whose cases the November 6, 2008 Case Management Order has been entered.

Dated: November 18, 2008            Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)   VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Attorneys for Respondents