**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-0442 (TFH)** |
| **GUANTANAMO BAY DETAINEE LITIGATION** | **Civil Action Nos.**<br><br>02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, 05-cv-1971, 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444, 06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1789, 08-cv-1805 |

**<u>ORDER</u>**

Pending before the Court is the government's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending Resolution of the Motion and any Appeal (docket # 1004, 08-mc-442). The Court **ORDERS** that:

1. A hearing will be held on the motion on Wednesday, December 10, 2008, at 3:00 p.m. in Courtroom 25A, which is located on the fourth floor of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse, 333 Constitution Avenue, N.W., Washington, D.C.

20001.

2.   One counsel for each petitioner presently detained at Guantanamo Bay may appear at the hearing, either in person or by telephone.[1]  All petitioners' counsel, however, shall confer beforehand and designate no more than two counsel to represent them during the hearing.  Likewise, the government shall also designate two counsel to represent it during the hearing.

3.   By 5:00 p.m. on Monday, December 8, 2008, all counsel who will appear at the hearing shall notify the Court as to whether counsel will appear in person or by telephone.  All notices shall be sent to the following email address: GTMO_Litigation@dcd.uscourts.gov.  Notices shall contain the following information: (1) counsel's name; (2) counsel's firm or organization, if any; (3) the petitioner or petitioners (including case numbers and Internment Serial Numbers) on behalf of whom counsel will appear; and (4) whether counsel will appear in person or by telephone.  If counsel will appear telephonically, counsel shall provide an email address and telephone number at which counsel can receive information on how to telephonically access the hearing.

December 2, 2008                                             /s/
                                                    Thomas F. Hogan
                                                    United States District Judge

---

[1] Due to the Court's limited resources and space, only one counsel for each petitioner is permitted to appear at the hearing.