# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-0442 (TFH)**<br><br>**Civil Action Nos.**<br><br>04-cv-1194, 04-cv-1254, 05-cv-0023, 05-cv-0520, 05-cv-0764,<br>05-cv-0883, 05-cv-1124, 05-cv-1505, 05-cv-1509, 05-cv-2104,<br>05-cv-2367, 05-cv-2384, 05-cv-2385, 05-cv-2386, 05-cv-2479,<br>08-cv-1185, 08-cv-1223, 08-cv-1229, 08-cv-1231, 08-cv-1628 |
| **IN RE:**<br><br>**PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY** | **Misc. No. 08-0444 (TFH)**<br><br>**Civil Action Nos.**<br><br>02-cv-1130, 04-cv-1135, 04-cv-1144, 04-cv-1227, 05-cv-0345,<br>05-cv-0490, 05-cv-0584, 05-cv-0586, 05-cv-0621, 05-cv-0640,<br>05-cv-0665, 05-cv-0714, 05-cv-0723, 05-cv-0878, 05-cv-0887,<br>05-cv-0891, 05-cv-1001, 05-cv-1008, 05-cv-1009, 05-cv-1237,<br>05-cv-1242, 05-cv-1243, 05-cv-1246, 05-cv-1311, 05-cv-1493,<br>05-cv-1635, 05-cv-1667, 05-cv-1668, 05-cv-1714, 05-cv-1779,<br>05-cv-1806, 05-cv-1864, 05-cv-1894, 05-cv-2029, 05-cv-2197,<br>05-cv-2216, 05-cv-2336, 05-cv-2369, 05-cv-2452, 05-cv-2458,<br>05-cv-2466, 06-cv-1675, 06-cv-1677, 06-cv-1678, 06-cv-1679,<br>06-cv-1681, 06-cv-1683, 06-cv-1685, 06-cv-1687, 06-cv-1763,<br>06-cv-1768, 06-cv-1769 |

## ORDER

By Friday, February 6, 2009, the petitioners in the above-captioned cases who were previously detained at the United States Naval Base at Guantanamo Bay, Cuba, ("Guantanamo Bay") and the government shall each file one consolidated brief addressing the issue of whether the Court's constitutionally-based jurisdiction over a habeas corpus petition filed by a

foreign national detained at Guantanamo Bay, as recognized in *Boumediene v. Bush*, 128 S. Ct. 2229 (2008), is eliminated by the petitioner's transfer or release from Guantanamo Bay. Each side shall submit a consolidated reply brief by Friday, February 20, 2009. Without prior approval of the Court, initial briefs shall not exceed 40 pages and replies shall not exceed 20 pages.

    **SO ORDERED**.

January 12, 2009                                          /s/
                                                                             Thomas F. Hogan
                                                           United States District Judge