# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Civil Action Nos. |
| | ) | |
| **GUANTANAMO BAY** | ) | 02-cv-0828, 04-cv-1136, 04-cv-1194, 04-cv-1254, 04-cv-1937, |
| **DETAINEE LITIGATION** | ) | 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, |
| | ) | 05-cv-0270, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, |
| | ) | 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, |
| | ) | 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0889, 05-cv-0892, |
| | ) | 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-1048, 05-cv-1124, |
| | ) | 05-cv-1189, 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, |
| | ) | 05-cv-1429, 05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, |
| | ) | 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, |
| | ) | 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, |
| | ) | 05-cv-1678, 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2185, |
| | ) | 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, |
| | ) | 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, |
| | ) | 05-cv-2385, 05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684, |
| | ) | 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, 06-cv-1766, |
| | ) | 06-cv-1767, 07-cv-1710, 07-cv-2337, 08-cv-0987, 08-cv-1101, |
| | ) | 08-cv-1104, 08-cv-1153, 08-cv-1207, 08-cv-1221, 08-cv-1224, |
| | ) | 08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233, 08-cv-1235, |
| | ) | 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, |
| | ) | 08-cv-1733, 08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-2019, |
| | ) | 08-cv-2083 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents in the above-captioned cases:

> PATRICK D. DAVIS
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Avenue, N.W.
> Washington, DC 20530
> Telephone: (202) 305-0879
> Email: Patrick.Davis2@usdoj.gov

Dated: January 21, 2009                    Respectfully submitted,

                                           MICHAEL F. HERTZ
                                           Acting Assistant Attorney General

    */s/ Patrick D. Davis*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PATRICK D. DAVIS (DC Bar No. 978772)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington DC  20530
Tel: (202) 305-0879
Fax: (202) 616-8470

Attorneys for Respondents