EX PARTE/UNDER SEAL
SECRET/NOFORN WHEN EXHIBIT ATTACHED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| ) | |
| GUANTANAMO BAY ) | Civil Action Nos. |
| DETAINEE LITIGATION ) | |
| ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, |
| ) | 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, |
| ) | 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, |
| ) | 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, |
| ) | 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, |
| ) | 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| ) | 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, |
| ) | 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, |
| ) | 05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, |
| ) | 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607 |
| ) | 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, |
| ) | 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185, |
| ) | 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, |
| ) | 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, |
| ) | 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668, |
| ) | 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, |
| ) | 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
| ) | 08-cv-0987, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1207, |
| ) | 08-cv-1221, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, |
| ) | 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, |
| ) | 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1789, 08-cv-1805, |
| ) | 08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083 |
| ) | |
| ) | EX PARTE |
| ) | |
| ) | UNDER SEAL |
| ) | |

**RESPONDENTS' NOTICE OF *EX PARTE* FILING UNDER SEAL OF DETAINEE
INFORMATION PURSUANT TO THE COURT'S JANUARY 14, 2009 ORDER**

Pursuant to the Court's Order of January 14, 2009 (1:08-mc-0442, dkt. no. 1519) Respondents

hereby submit *ex parte* and under seal a classified exhibit containing the following information

concerning detainees without pending habeas corpus petitions: (i) the name and Internment Serial

EX PARTE/UNDER SEAL
SECRET/NOFORN WHEN EXHIBIT ATTACHED

~~EX PARTE/UNDER SEAL~~
~~SECRET/NOFORN WHEN EXHIBIT ATTACHED~~

Number of each detainee; (ii) whether the detainee is authorized for transfer or release from United States custody; and (iii) whether the detainee is subject to charges under the Military Commission Act of 2006.

Dated: January 22, 2009

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

     /s/ Patrick D. Davis
JOSEPH H. HUNT (DC Bar No. 431134)
VINCENT M. GARVEY (DC Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PATRICK D. DAVIS (DC Bar No. 978772)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470

Attorneys for Respondents