**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| IN RE: ) | Misc. No. 08-0442 (TFH) |
| ) | |
| GUANTANAMO BAY ) | Civil Action Nos. |
| DETAINEE LITIGATION ) | |

02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254,
04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023,
05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,
05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569,
05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877,
05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994,
05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189,
05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429,
05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504,
05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607,
05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678,
05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185,
05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367,
05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384,
05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668,
06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765,
06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,
08-cv-0987, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1207,
08-cv-1221, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232,
08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238,
08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1789, 08-cv-1805,
08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083

**RESPONDENTS' NOTICE OF *EX PARTE* FILING UNDER SEAL OF ERRATA TO THEIR
JANUARY 22, 2009 FILING OF DETAINEE INFORMATION**

Respondents hereby give notice of errata, filed *ex parte* and under seal, regarding their classified exhibit filed on January 22, 2009, in response to the Court's January 14, 2009 Order to provide detainee information.

Dated: February 4, 2009    Respectfully submitted,

MICHAEL F. HERTZ

Acting Assistant Attorney General

   */s/ Patrick D. Davis*
JOSEPH H. HUNT (DC Bar No. 431134)
VINCENT M. GARVEY (DC Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PATRICK D. DAVIS (DC Bar No. 978772)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel: (202) 305-0879
Fax: (202) 616-8470

Attorneys for Respondents