UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE:** )<br>)<br>**PETITIONERS SEEKING** )<br>**HABEAS CORPUS RELIEF** )<br>**IN RELATION TO PRIOR** )<br>**DETENTIONS AT** )<br>**GUANTANAMO BAY** ) | Misc. No. 08-0444 (TFH)<br><br>Civil Action Nos.<br>02-cv-1130, 04-cv-1135, 04-cv-1144, 04-cv-1194,<br>04-cv-1227, 04-cv-1254, 05-cv-0023, 05-cv-0345,<br>05-cv-0490, 05-cv-0520, 05-cv-0584, 05-cv-0586,<br>05-cv-0621, 05-cv-0640, 05-cv-0665, 05-cv-0714,<br>05-cv-0723, 05-cv-0764, 05-cv-0878, 05-cv-0883,<br>05-cv-0887, 05-cv-0888, 05-cv-0891, 05-cv-0998,<br>05-cv-1001, 05-cv-1008, 05-cv-1009, 05-cv-1124,<br>05-cv-1237, 05-cv-1242, 05-cv-1243, 05-cv-1246,<br>05-cv-1311, 05-cv-1493, 05-cv-1505, 05-cv-1509,<br>05-cv-1635, 05-cv-1667, 05-cv-1668, 05-cv-1714,<br>05-cv-1779, 05-cv-1806, 05-cv-1864, 05-cv-1894,<br>05-cv-2029, 05-cv-2104, 05-cv-2197, 05-cv-2216,<br>05-cv-2336, 05-cv-2367, 05-cv-2369, 05-cv-2384,<br>05-cv-2385, 05-cv-2386, 05-cv-2452, 05-cv-2458,<br>05-cv-2466, 05-cv-2479, 06-cv-1675, 06-cv-1677,<br>06-cv-1678, 06-cv-1679, 06-cv-1681, 06-cv-1683,<br>06-cv-1685, 06-cv-1687, 06-cv-1763, 06-cv-1768,<br>06-cv-1769, 08-cv-1185, 08-cv-1223, 08-cv-1229,<br>08-cv-1231, 08-cv-1628 |

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING CONSOLIDATED REPLY BRIEFS REGARDING JURISDICTION OVER TRANSFERRED OR RELEASED PETITIONERS**

This Court ordered Petitioners and Respondents in the above-captioned actions to each submit a single consolidated brief regarding whether the Court continued to have jurisdiction over these cases by Friday, February 6, 2009, with consolidated reply briefs due Friday, February 20, 2009. *See* Order Dkt. 1504 (Jan. 12, 2009). The parties submitted their opening briefs on February 6, 2009.

Because of unexpected scheduling conflicts with other litigation matters being handled by Petitioners' counsel, and the inherent difficulties of coordinating among the large group of

Petitioners' counsel, Petitioners request a short extension of time to file the Reply briefs, until Monday, February 23, 2009. Petitioners' counsel have conferred with counsel for the government, Jean Lin, who has informed us that Respondents do not oppose this motion. Given the simultaneous briefing schedule, this extension should be made to apply to both Petitioners' Brief and Respondents' Brief.

Accordingly, Petitioners respectfully request that the Court grant an extension of time to file the Reply Briefs in the above-captioned matters until February 23, 2009.

Dated: February 18, 2009

                                            Respectfully submitted,

                                                     s/sdk
                                          Shayana Kadidal (D.C. Bar No. 454248)
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, NY  10012-2317
                                          Phone: (212) 614-6438
                                          Fax: (212) 614-6499
                                          kadidal@ccrjustice.org

                                          *Counsel for Petitioners*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** )<br>)<br>)<br>**PETITIONERS SEEKING** )<br>**HABEAS CORPUS RELIEF** )<br>**IN RELATION TO PRIOR** )<br>**DETENTIONS AT** )<br>**GUANTANAMO BAY** ) | Misc. No. 08-0444 (TFH)<br><br>Civil Action Nos.<br>02-cv-1130, 04-cv-1135, 04-cv-1144, 04-cv-1194,<br>04-cv-1227, 04-cv-1254, 05-cv-0023, 05-cv-0345,<br>05-cv-0490, 05-cv-0520, 05-cv-0584, 05-cv-0586,<br>05-cv-0621, 05-cv-0640, 05-cv-0665, 05-cv-0714,<br>05-cv-0723, 05-cv-0764, 05-cv-0878, 05-cv-0883,<br>05-cv-0887, 05-cv-0888, 05-cv-0891, 05-cv-0998,<br>05-cv-1001, 05-cv-1008, 05-cv-1009, 05-cv-1124,<br>05-cv-1237, 05-cv-1242, 05-cv-1243, 05-cv-1246,<br>05-cv-1311, 05-cv-1493, 05-cv-1505, 05-cv-1509,<br>05-cv-1635, 05-cv-1667, 05-cv-1668, 05-cv-1714,<br>05-cv-1779, 05-cv-1806, 05-cv-1864, 05-cv-1894,<br>05-cv-2029, 05-cv-2104, 05-cv-2197, 05-cv-2216,<br>05-cv-2336, 05-cv-2367, 05-cv-2369, 05-cv-2384,<br>05-cv-2385, 05-cv-2386, 05-cv-2452, 05-cv-2458,<br>05-cv-2466, 05-cv-2479, 06-cv-1675, 06-cv-1677,<br>06-cv-1678, 06-cv-1679, 06-cv-1681, 06-cv-1683,<br>06-cv-1685, 06-cv-1687, 06-cv-1763, 06-cv-1768,<br>06-cv-1769, 08-cv-1185, 08-cv-1223, 08-cv-1229,<br>08-cv-1231, 08-cv-1628 |

## [PROPOSED] ORDER

Upon the motion of Petitioners for an extension of time to comply with the Court's order, Dkt. 1504 (Jan. 12, 2009), requiring the parties to file consolidated reply briefs regarding whether the Court continues to have jurisdiction over these cases by February 20, 2009, it is hereby,

ORDERED that the requested extension of time is granted, and the reply briefs shall be due February 23, 2009.

Date: _____          _____
                                        HON. THOMAS F. HOGAN
                                        UNITED STATES DISTRICT JUDGE