IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANI SALEH RASHID ABDULLAH, *et al.*, )<br>)<br>    *Petitioners*, )<br>)<br>    *v.* )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>    *Respondents*. ) | No. 05-0023 (RWR) |

**SUPPLEMENTAL FILING REGARDING THE GOVERNMENT'S DESTRUCTION OF EVIDENCE**

Last year, in the wake of press revelations that certain evidence and records pertaining to interrogations of prisoners in Guantanamo had been destroyed, and upon a further colorable showing that some of the destroyed evidence might have been covered by the Court's order of July 18, 2005 ("Preservation Order") , the Court ordered Respondents to report on their compliance with that order.  Respondents successfully sought limitation of their reporting obligation, citing possible interference with an investigation then just begin by special counsel John Durham into the destruction of taped recordings possibly covered by the Preservation Order, *inter alia* .  The United States recently filed the attached letter in an action in the Southern District of New York, which involved the destruction of the same evidence.  From the letter, it appears that Mr. Dunham's investigation has either concluded, or gotten to a point at which

interference should not be a concern.  The letter also reveals the number of tapes that were destroyed – some 92--suggesting that respondents, and each of them,  can now respond to the Court's orders in a more definitive fashion.

Abdullah requests, then, that the Court order a report from Respondents on the status of its investigation as relates to this Court's order of July 18, 2005, and that the Court revive the portions of its order of January 24, 2008 which it suspended in February 2008 to avoid conflict with Mr. Durham.

Respectfully submitted,

_____/s/ Charles H. Carpenter_____

| | |
|---|---|
| Shayana Kadidal (DC #454248) | Charles H. Carpenter (DC #432004) |
| CENTER FOR CONSTITUTIONAL RIGHTS | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC  20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| *Of Counsel for Petitioners* | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC  20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: 202 220 1665 |
| Dated:  March 5, 2009 | *Counsel for Petitioners* |