**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>) Misc. No. 08-442 (TFH)<br>)<br>)<br>) 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194,<br>) 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2035,<br>) 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247,<br>) 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,<br>) 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526,<br>) 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763,<br>) 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889,<br>) 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998,<br>) 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124,<br>) 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353,<br>) 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487,<br>) 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505,<br>) 05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592,<br>) 05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623,<br>) 05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1646,<br>) 05-cv-1678, 05-cv-1704, 05-cv-1971, 05-cv-1983,<br>) 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185,<br>) 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349,<br>) 05-cv-2367, 05-cv-2370, 05-cv-2371, 05-cv-2378,<br>) 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2384,<br>) 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2444,<br>) 05-cv-2479, 06-cv-0618, 06-cv-1668, 06-cv-1684,<br>) 06-cv-1690, 06-cv-1758, 06-cv-1759, 06-cv-1761,<br>) 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710,<br>) 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1085,<br>) 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-1185,<br>) 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-1224,<br>) 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-1230,<br>) 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1235,<br>) 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310,<br>) 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-1805,<br>) 08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-2019,<br>) 09-cv-0031<br>) |

**<u>NOTICE OF FILING OF</u>**
**<u>CLASSIFIED DECLARATION *EX PARTE* AND *IN CAMERA*</u>**

The Government hereby provides notice that a classified declaration has been filed with the Court Security Office in support of the Government's Motion To Amend September 11, 2008 Protective Order and Counsel Access Procedures And January 9, 2009 Amended TS/SCI Protective Order And Counsel Access Procedures.  Specifically, the Government has filed a classified declaration of Wendy M. Hilton, Associate Information Review Officer for the National Clandestine Service of the Central Intelligence Agency, *in camera* and *ex parte.*  A copy of the Hilton Declaration has been provided to the Court Security Officers for delivery to Judge Thomas F. Hogan.

Dated: March 11, 2009                                     Respectfully submitted,

 

MICHAEL F. HERTZ
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 */s/ Julia Berman*
ANDREW I. WARDEN
PAUL E. AHERN
JULIA A. BERMAN (D.C. Bar No. 986228)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.berman@usdoj.gov
Attorneys for Respondents