**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>02-cv-0828, 04-cv-1136, 04-cv-1194, 04-cv-1254,<br>04-cv-1937, 04-cv-2022, 04-cv-2035, 04-cv-2046,<br>04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270,<br>05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392,<br>05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569,<br>05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764,<br>05-cv-0877, 05-cv-0889, 05-cv-0892, 05-cv-0993,<br>05-cv-0994, 05-cv-0998, 05-cv-1048, 05-cv-1189,<br>05-cv-1124, 05-cv-1220, 05-cv-1347, 05-cv-1353,<br>05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1487,<br>05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1505,<br>05-cv-1506, 05-cv-1509, 05-cv-1555, 05-cv-1592,<br>05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623,<br>05-cv-1638, 05-cv-1639, 05-cv-1645, 05-cv-1678,<br>05-cv-1704, 05-cv-1971, 05-cv-1983, 05-cv-2010,<br>05-cv-2088, 05-cv-2185, 05-cv-2186, 05-cv-2199,<br>05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2370,<br>05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380,<br>05-cv-2381, 05-cv-2384, 05-cv-2385, 05-cv-2387,<br>05-cv-2444, 05-cv-2479, 06-cv-0618, 06-cv-1668,<br>06-cv-1684, 06-cv-1758, 06-cv-1759, 06-cv-1761,<br>06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-2337,<br>07-cv-2338, 08-cv-1085, 08-cv-1104, 08-cv-1153,<br>08-cv-1185, 08-cv-1207, 08-cv-1221, 08-cv-1223,<br>08-cv-1224, 08-cv-1227, 08-cv-1228, 08-cv-1229,<br>08-cv-1230, 08-cv-1231, 08-cv-1232, 08-cv-1233,<br>08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238,<br>08-cv-1310, 08-cv-1360, 08-cv-1440, 08-cv-1733,<br>08-cv-1805, 08-cv-2083, 08-cv-1828, 08-cv-1923,<br>09-cv-0031, 04-cv-1166, 05-cv-0429, 05-cv-0431,<br>05-cv-0573, 05-cv-0766, 05-cv-1239, 05-cv-1310,<br>05-cv-1311, 05-cv-2223, 06-cv-0619, 08-cv-1173,<br>05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348,<br>06-cv-1725, 08-cv-0864, 08-cv-1222 |

**NOTICE OF FILING OF STATUS REPORT ADDRESSING INFORMATION
<u>GATHERING EFFORTS OF GUANTANAMO REVIEW TASK FORCE</u>**

Pursuant to Court Orders in several Guantanamo Bay habeas cases,[1] on April 16, 2009 Respondents filed a status report including the declaration of Matthew G. Olsen, Executive Director of the Guantanamo Review Task Force, addressing the efforts undertaken by the Guantanamo Review Task Force to assemble information in accordance with Section 4(c)(1) of Executive Order 13,492, 74 Fed. Reg. 4897 (Jan, 27 2009). Because the Task Force's information gathering efforts have been raised in many of the pending Guantanamo Bay habeas cases, Respondents hereby submit the status report in the above-captioned cases.

Dated: April 20, 2009                                Respectfully submitted,

                                                     MICHAEL F. HERTZ
                                                     Acting Assistant Attorney General

                                                     TERRY M. HENRY
                                                     Assistant Branch Director

                                                      /s/ Andrew I. Warden
                                                     ANDREW I. WARDEN (IN Bar 23840-49)
                                                     PAUL E. AHERN
                                                     Attorneys
                                                     United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     20 Massachusetts Avenue, N.W.
                                                     Washington, D.C. 20530
                                                     Tel: (202) 616-5084
                                                     Fax: (202) 616-8470
                                                     Email: Andrew.Warden@usdoj.gov

                                                     Attorneys for Respondents

---

[1] *See, e.g.*, Order, Civ. No. 05-1646, Feb 9, 2009 (Dkt. No. 146) at 4-5; Order, Civ. No. 08-987, Mar. 4, 2009 (Dkt. No. 89) at 2; Order, Civ. No. 08-1101, Mar. 4, 2009 (Dkt. No. 85) at 2; Order, Civ. No. 04-1164, Mar. 27, 2009 (Dkt. No. 207) at 6; Order, Civ. No. 08-1101, Apr. 10, 2009 (Dkt. No. 104).