**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194,<br>04-cv-1937, 04-cv-2022, 04-cv-2035,<br>04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247,<br>05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359,<br>05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526,<br>05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763,<br>05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889,<br>05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0998,<br>05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124,<br>05-cv-1220, 05-cv-1347, 05-cv-1353, 05-cv-1429,<br>05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490,<br>05-cv-1497, 05-cv-1504, 05-cv-1505, 05-cv-1506,<br>05-cv-1509, 05-cv-1555, 05-cv-1592, 05-cv-1601,<br>05-cv-1602, 05-cv-1607, 05-cv-1623, 05-cv-1638,<br>05-cv-1639, 05-cv-1645, 05-cv-1646, 05-cv-1678,<br>05-cv-1704, 05-cv-1971, 05-cv-1983, 05-cv-2010,<br>05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186,<br>05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367,<br>05-cv-2370, 05-cv-2371, 05-cv-2378, 05-cv-2379,<br>05-cv-2380, 05-cv-2381, 05-cv-2384, 05-cv-2385,<br>05-cv-2386, 05-cv-2387, 05-cv-2444, 05-cv-2479,<br>06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1690,<br>06-cv-1758, 06-cv-1759, 06-cv-1761, 06-cv-1765,<br>06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337,<br>07-cv-2338, 08-cv-0987, 08-cv-1085, 08-cv-1101,<br>08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207,<br>08-cv-1221, 08-cv-1223, 08-cv-1224, 08-cv-1227,<br>08-cv-1228, 08-cv-1229, 08-cv-1230, 08-cv-1231,<br>08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236,<br>08-cv-1237, 08-cv-1238, 08-cv-1310, 08-cv-1360,<br>08-cv-1440, 08-cv-1733, 08-cv-1805, 08-cv-2083,<br>08-cv-1828, 08-cv-1923, 08-cv-2019, 09-cv-0031,<br>05-cv-0765, 05-cv-0886, 05-cv-1234, 05-cv-2348,<br>06-cv-1725, 08-cv-1222, 09-cv-745, 05-cv-0879,<br>05-cv-0891, 05-cv-1493, 05-cv-1667, 05-cv-1679,<br>06-cv-1675 |

**UPDATED STATUS REPORT CONCERNING
DISCOVERY RELATED TO INFORMATION
<u>IN THE POSSESSION OF THE GUANTANAMO REVIEW TASK FORCE</u>**

Pursuant to Court Orders in several Guantanamo Bay habeas cases, on April 16, 2009 Respondents filed a status report including the declaration of Matthew G. Olsen, Executive Director of the Guantanamo Review Task Force, addressing the efforts undertaken by the Guantanamo Review Task Force to assemble information in accordance with Section 4(c)(1) of Executive Order 13,492, 74 Fed. Reg. 4897 (Jan, 27 2009).  Because the Task Force's information gathering efforts had been raised in many of the pending Guantanamo Bay habeas cases, Respondents filed the status report in the above-captioned Guantanamo Bay habeas cases on April 20, 2009.  *See* Notice of Filing of Status Report Addressing Information Gathering Efforts of Guantanamo Review Task Force, No. 08-MC-0442 (dkt. no. 1733, Apr. 20, 2009).

On May 1, 2009, Respondents provided a further update regarding the issue of discovery related to Task Force information, noting that Respondents anticipated filing a submission on the issue by May 8, 2009.  *See* Status Report Concerning Production of Information in the Possession of the Guantanamo Review Task Force, No. 08-MC-0442 (dkt. no. 1745, May 1, 2009).   While Respondents worked diligently to prepare the global submission by May 8, the substantial inter-agency consultation required at high levels to develop such a filing, including declarations from multiple agencies and other submissions needed to address the nature of the Task Force's information-gathering efforts, the structure of its operations, the highly sensitive and classified nature of the information to which it has been given access, and other issues associated with Task Force discovery, have presented extraordinary circumstances, such that Respondents now anticipate filing the global submission on May 12, 2009.

Dated: May 10, 2009          Respectfully submitted,

         MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director

*/s/ Terry M. Henry*
TERRY M. HENRY
JAMES J. GILLIGAN
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-4107

Attorneys for Respondents