**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-0442 (TFH)<br><br>Civil Action Nos.<br><br>02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1487, 05-cv-1490, 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, 05-cv-1678, 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386, 05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1761, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-1101, 08-cv-1153, 08-cv-1207, 08-cv-1221, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, 08-cv-1233, 08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, 08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083, 09-cv-0745 |

**ORDER**

Pending before the Court is the government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force (Dkt. No. 1755, 08-mc-0442). The Court **ORDERS** that:

1. The parties shall appear for argument on the motion on Monday, June 8, 2009, at 3:00 p.m. in Courtroom 25A, which is located on the fourth floor of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

2. All petitioners' counsel shall confer beforehand and designate no more than two

counsel to represent them during the hearing.  Likewise, the government shall designate no more than two counsel to represent it during the hearing.

  3. Due to the Court's limited resources and space, only one counsel for each petitioner presently detained at Guantanamo Bay may appear at the hearing, either in person or by telephone.

  4. By 5:00 p.m. on Thursday, June 4, 2009, all counsel who will appear at the hearing shall notify the Court as to whether counsel will appear in person or by telephone.  All notices shall be sent to the following email address: GTMO_Litigation@dcd.uscourts.gov.  Notices shall contain the following information: (1) counsel's name; (2) counsel's firm or organization, if any; (3) the petitioner(s) (including case number(s) and Internment Serial Number(s)) on behalf of whom counsel will appear; and (4) whether counsel will appear in person or by telephone.  If counsel will appear telephonically, counsel shall provide an email address and telephone number at which counsel can receive information on how to telephonically access the hearing.

May 22, 2009                     /s/
                             Thomas F. Hogan
                          United States District Judge