# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | **Misc. No. 08-442 (TFH)** |
| GUANTANAMO BAY | : | |
| DETAINEE LITIGATION | : | **Nos. 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-** |
| | : | **1937, 04-cv-2022, 04-cv-2035, 04-cv-1254, 04-cv-** |
| | : | **2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-** |
| | : | **0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-** |
| | : | **0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-** |
| | : | **0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-** |
| | : | **0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-** |
| | : | **0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-** |
| | : | **0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, 05-cv-** |
| | : | **1220, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-** |
| | : | **1457, 05-cv-1458, 05-cv-1490, 05-cv-1497, 05-cv-** |
| | : | **1504, 05-cv-1505, 05-cv-1506, 05-cv-1509, 05-cv-** |
| | : | **1555, 05-cv-1592, 05-cv-1601, 05-cv-1602, 05-cv-** |
| | : | **1607, 05-cv-1623, 05-cv-1638, 05-cv-1639, 05-cv-** |
| | : | **1645, 05-cv-1646, 05-cv-1678, 05-cv-1704, 05-cv-** |
| | : | **1971, 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-** |
| | : | **2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-** |
| | : | **2249, 05-cv-2349, 05-cv-2367, 05-cv-2370, 05-cv-** |
| | : | **2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-** |
| | : | **2381, 05-cv-2385, 05-cv-2444, 05-cv-2479, 06-cv-** |
| | : | **0618, 06-cv-1668, 06-cv-1684, 06-cv-1758, 06-cv-** |
| | : | **1759, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-** |
| | : | **1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-** |
| | : | **1085, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-** |
| | : | **1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-** |
| | : | **1224, 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-** |
| | : | **1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-** |
| | : | **1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-** |
| | : | **1310, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-** |
| | : | **1805, 08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-** |
| | : | **2019, 09-cv-0031, 05-cv-0765, 05-cv-0886, 05-cv-** |
| | : | **1234, 05-cv-2348, 06-cv-1725, 08-cv-1222, 09-cv-** |
| | : | **0745, 05-cv-0879, 05-cv-0891, 05-cv-1493, 05-cv-** |
| | : | **1667, 05-cv-1679, 06-cv-1675, 05-cv-1244, 08-cv-** |
| | : | **0864** |
| | : | |

## CONSENT MOTION TO EXTEND BRIEFING DEADLINES

On May 12, 2009, Respondents filed a Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force and Motion for Consolidated Order Regarding Task Force Discovery (Dkt. No. 1755, No. 08-mc-442). The motion requested that Petitioners' time to respond be tolled until May 19, 2009, to permit Respondents to pursue a modified procedure under Local Rule 7(m).

By minute order dated May 20, 2009, the Court directed Petitioners to file one consolidated opposition to Respondents' motion for reconsideration by May 27, 2009. The Court also ordered Respondents to file their reply brief by June 3, 2009. On May 22, 2009, the Court set a June 8, 2009 hearing for argument on the motion.

In order to facilitate the coordinated preparation and filing of one consolidated opposition, Petitioners respectfully request that the Court enter an Order (1) extending by one week their time to respond to the motion for reconsideration, until June 3, 2009; (2) extending Respondents' time to file a reply brief until June 10, 2009; and (3) resetting the hearing date on the motion from June 8, 2009, to such other time as the Court deems appropriate.

Counsel for Petitioners has conferred with counsel for Respondents, who consent to the relief sought herein.

May 22, 2009

Respectfully submitted,

/s/Peter M. Ryan
Alexander Breckinridge
D.C. Bar No. 983736
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3329
Fax: (202) 261-3057

Joseph Hetrick (*pro hac vice*)
Peter M. Ryan (*pro hac vice*)
Juliet Sarkessian (*pro hac vice*)
Abraham J. Rein (*pro hac vice*)
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
Tel:  (215) 994-4000

Daniel C. Malone (*pro hac vice*)
Dechert LLP
1095 Avenue of the Americas
New York, NY  10036-6797
Tel:  (212) 698-3500

*Counsel for Petitioners in Case Nos. 05-cv-1124(RMC), 05-cv-1601 (GK), and 05-cv-2367 (RWR),*

*And, for purposes of this request only, on behalf of Counsel for all Petitioners in the above-captioned matters*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| **IN RE:** | : | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | : | |
| **DETAINEE LITIGATION** | : | **Nos. 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-** |
| | : | **1937, 04-cv-2022, 04-cv-2035, 04-cv-1254, 04-cv-** |
| | : | **2046, 04-cv-2215, 05-cv-0023, 05-cv-0247, 05-cv-** |
| | : | **0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-** |
| | : | **0392, 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-** |
| | : | **0569, 05-cv-0634, 05-cv-0748, 05-cv-0763, 05-cv-** |
| | : | **0764, 05-cv-0877, 05-cv-0883, 05-cv-0889, 05-cv-** |
| | : | **0892, 05-cv-0993, 05-cv-0994, 05-cv-0998, 05-cv-** |
| | : | **0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, 05-cv-** |
| | : | **1220, 05-cv-1347, 05-cv-1353, 05-cv-1429, 05-cv-** |
| | : | **1457, 05-cv-1458, 05-cv-1490, 05-cv-1497, 05-cv-** |
| | : | **1504, 05-cv-1505, 05-cv-1506, 05-cv-1509, 05-cv-** |
| | : | **1555, 05-cv-1592, 05-cv-1601, 05-cv-1602, 05-cv-** |
| | : | **1607, 05-cv-1623, 05-cv-1638, 05-cv-1639, 05-cv-** |
| | : | **1645, 05-cv-1646, 05-cv-1678, 05-cv-1704, 05-cv-** |
| | : | **1971, 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-** |
| | : | **2104, 05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-** |
| | : | **2249, 05-cv-2349, 05-cv-2367, 05-cv-2370, 05-cv-** |
| | : | **2371, 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-** |
| | : | **2381, 05-cv-2385, 05-cv-2444, 05-cv-2479, 06-cv-** |
| | : | **0618, 06-cv-1668, 06-cv-1684, 06-cv-1758, 06-cv-** |
| | : | **1759, 06-cv-1765, 06-cv-1766, 06-cv-1767, 07-cv-** |
| | : | **1710, 07-cv-2337, 07-cv-2338, 08-cv-0987, 08-cv-** |
| | : | **1085, 08-cv-1101, 08-cv-1104, 08-cv-1153, 08-cv-** |
| | : | **1185, 08-cv-1207, 08-cv-1221, 08-cv-1223, 08-cv-** |
| | : | **1224, 08-cv-1227, 08-cv-1228, 08-cv-1229, 08-cv-** |
| | : | **1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-** |
| | : | **1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-** |
| | : | **1310, 08-cv-1360, 08-cv-1440, 08-cv-1733, 08-cv-** |
| | : | **1805, 08-cv-2083, 08-cv-1828, 08-cv-1923, 08-cv-** |
| | : | **2019, 09-cv-0031, 05-cv-0765, 05-cv-0886, 05-cv-** |
| | : | **1234, 05-cv-2348, 06-cv-1725, 08-cv-1222, 09-cv-** |
| | : | **0745, 05-cv-0879, 05-cv-0891, 05-cv-1493, 05-cv-** |
| | : | **1667, 05-cv-1679, 06-cv-1675, 05-cv-1244, 08-cv-** |
| | : | **0864** |
| | : | |

## [PROPOSED] ORDER

This matter having come before the Court on Petitioners' Consent Motion to Extend Briefing Deadlines, it is hereby

ORDERED that said consent motion is granted, and it is further

ORDERED that Petitioners may file one consolidated opposition to the Government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force and Motion for Consolidated Order Regarding Task Force Discovery by June 3, 2009, and it is further

ORDERED that Respondents may file a reply brief by June 10, 2009, and it is further

ORDERED that the hearing date on this motion is reset from June 8, 2009 to _____.

SO ORDERED this _____ day of _____, 2009.


_____
Thomas F. Hogan
United States District Judge