**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **HANI SALEH RASHID ABDULLAH** et al., | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )   Civil Action No. 05-23 (RWR) |
| **BARACK OBAMA** et al., | )<br>)<br>) |
| Respondents. | )<br>) |

**ORDER**

To ensure that the Guantánamo Review Task Force and its Review Panel operating under Executive Order No. 13,492 have not made any recommendations or decisions that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter, it is hereby

ORDERED that on or before July 31, 2009, the respondents shall file ex parte and under seal a report detailing the status of each petitioner in this matter who is in the Guantánamo Review Task Force review process.  The status report shall state whether the Task Force has reviewed the petitioners' detention, and if not, when it intends to do so.  The respondents' counsel shall have a continuing affirmative obligation to ascertain whether the Review Panel has made any decisions in connection with the recommendations and, if so, notify the court of the results of such decisions.

-2-

SIGNED this 13th day of July, 2009.

                                               /s/
                                   RICHARD W. ROBERTS
                                   United States District Judge