UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANI SALEH RASHIDABDULLAH, *et. al.* <br>     Petitioners, <br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al* <br><br>     Respondents. | Civil Action No. 05-23 (RWR) |

## **(PROPOSED) ORDER**

Upon consideration of Petitioner Hani Saleh Rashid Abdullah's motion for delay in public filing of Respondents' proposed public factual return until Petitioner's Traverse is cleared for public filing, it is hereby:

ORDERED that once the court rules on Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return, Respondents shall not make such factual return public until Petitioner's Traverse has been finalized for public filing. It is further ordered that once Respondents' factual return and Petitioner's Traverse; Motion for Identification of

Witness Whose Name has been Withheld (and reply in support thereof); Motion to Compel Documents Relating to Respondents' Torture of Petitioner at the "Prison of Darkness" (and reply in support thereof); and Motion for Leave to Show Document to Petitioner (and reply in support thereof) are all finalized for public filing, they shall be ECF filed on the same day.

      SO ORDERED this \_\_\_\_\_ day of _____, 2012.

                                      _____
                                      RICHARD W. ROBERTS
                                      United States District Judge