IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANI SALEH RASHID ABDULLAH (ISN 841),<br><br>          Petitioner,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>          Respondents. | Civ. Action No. 05-0023 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that Petitioner's Motion for Immediate Release, ECF No. 381, is **DENIED**; and it is further

**ORDERED** that Petitioner's Motion for Release on the Ground that the End of the Combat in which He Was Allegedly Involved Has Terminated Any Authority to Detain Him, ECF No. 382-2, is **DENIED**; and it is further

**ORDERED** that the parties shall post a public version of the Memorandum Opinion on the docket for this case within 14 days of the date of this Order.

    **SO ORDERED.**

**Signed:   Emmet G. Sullivan**

**United States District Judge**
**December 31, 2024**

2